WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR11-08213-001-PCT-DGC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Eva Autumn Flower Vaughn, | |
| Defendant. | |

The defendant appeared before the Court with counsel. The defendant's probable cause hearing was waived and the detention hearing was held on the record including a proffer by defense counsel. The Court finds probable cause to believe the defendant violated the terms of her supervised release as alleged in the Petition (Doc. 152). The Court further finds, pursuant to Fed. R. Crim. P. 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that she is not a flight risk or a danger to another person or to the community.

IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the Petition to Revoke her Supervised Release (Doc. 152).

IT IS FURTHER ORDERED that pending further revocation proceedings, the defendant is detained as both a flight risk and danger to another person or to the community.

Dated this 15th day of March, 2016.

_____
Eileen S. Willett
United States Magistrate Judge